IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3016-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MARK A. SCHILLING and | ) | IN A CIVIL CASE |
| ZELENE M. SCHILLING, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court for a Bench Trial. The issues have been tried and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        Judgment is entered in favor of the Plaintiff, United States of America, with respect to Count One of the Complaint.

    IT IS FURTHER ORDERED AND ADJUDGED

        Plaintiff, United States of America, take nothing as to Counts Two and Three of the Complaint.

    Dated: September 27, 2006        PRIDGEN J. WATKINS
                                                  Clerk

                                                  /s/ des
                                                  (By) Deputy Clerk